IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE IVANS,

        Plaintiff,                          No. CIV S-04-0013 MCE DAD P

    vs.

GLENN TOPPENBERG, et al.,

        Defendants.                    FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 28 U.S.C. § 1983. On October 26, 2004, the court determined that service was appropriate for defendants Neal and Croll, and ordered plaintiff to submit specified documents for service on the defendants by the U.S. Marshal. Service on defendant Neal was returned unexecuted on March 4, 2005. Subsequently on March 17, 2005, the court ordered plaintiff to provide additional information using discovery or other means available to plaintiff in order to enable service on defendant Neal. On May 16, 2005, the court granted plaintiff an extension of time until July 13, 2005 for this purpose. Plaintiff was also cautioned that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the court would dismiss an unserved defendant unless plaintiff could show good cause for failing to effect service. On July 14, 2005, plaintiff filed a letter indicating that he has been unable to obtain further information to facilitate service on

1

1  defendant Neal and requesting that he now wished to have his case go forward with respect to
2  defendant Croll.
3      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against
4  defendant Neal be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 4(m) and 41(b).
5      These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
7  days after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties. Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections
10 shall be served and filed within ten days after service of the objections. The parties are advised
11 that failure to file objections within the specified time may waive the right to appeal the District
12 Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
13 DATED: August 3, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:4
ivan0013.4m