IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD LEE IVANS,                           No. CIV-S-04-0013 MCD/DAD P

      Plaintiff,

  v.                                        <u>ORDER</u>

GLENN TOPPENBERG, ET AL.,

      Defendants.
_____/

    Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 4, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.

///

1  Plaintiff has not filed objections to the findings and
2  recommendations.[1]
3     The court has reviewed the file and finds the findings and
4  recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7     1.  The findings and recommendations filed August 4, 2005,
8  are adopted in full; and
9     2.  The claims against defendant Neal are dismissed without
10 prejudice.
11 DATED: September 19, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a letter on August 25, 2005, indicating that he wished to proceed with this action against defendant Croll.  However, in a confusing statement, plaintiff adds, "Also, with the respect of the court I would like to request 'Objections to Magistrate Judge's findings and recommendations to this court case # CIV-S-04-0013 MCE DAD P."  (Letter, filed 8/25/05, at 1.)  No other statement or clarification are made about this request.  Therefore, the court will infer that plaintiff does not object to the dismissal of defendant Neal.