IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD IVANS,

    Plaintiff,                        No. CIV S-04-0013 MCE DAD P

    vs.

DONALD NEAL, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2007, defendant Gunnar Croll filed a motion for summary judgment, or in the alternative, summary adjudication of issues. Plaintiff has not filed an opposition to the motion or a statement of non-opposition to the motion.

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On November 12, 2004, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1

1  inherent power of the Court." In the order filed November 12, 2004, plaintiff was advised that
2  failure to comply with the Local Rules may result in a recommendation that the action be
3  dismissed.
4  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
5  date of this order, plaintiff shall file his opposition, if any, to the defendant's motion for summary
6  judgment. Failure to file an opposition will be deemed as a statement of non-opposition and
7  shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil
8  Procedure 41(b).
9  DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
iva0013.oppo