IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD IVANS,

    Plaintiff,                         No. CIV S-04-0013 MCE DAD P

    vs.

DONALD NEAL, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a former state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On March 16, 2007, defendant filed a motion for summary judgment. The court ordered plaintiff to file his opposition and on June 11, 2007, plaintiff filed a document titled "Opposition of Motion." This opposition, however, appears to be plaintiff's responses to a discovery request and is an inadequate opposition to defendant's motion. The court will provide plaintiff a final opportunity to file his opposition to defendant's motion for summary judgment.

        Plaintiff is advised that the he must admit or deny each of defendant's itemized facts in defendant's Statement of Undisputed Facts. See Local Rule 56-260(b). For each fact that plaintiff denies, plaintiff must provide a citation to the particular portions of any pleading,

/////

1

1 affidavit, or discovery document which supports plaintiff's denial.  Id.  Plaintiff may also file a
2 concise "Statement of Disputed Facts."  Id.

3 On June 11, 2007, plaintiff filed a letter inquiring about day an time set for his
4 court hearing. It appears plaintiff may be referring to the trial date set by the court's September
5 26, 2006 scheduling order.  In light of the pending motion for summary judgment, the court will
6 modify the scheduling order and vacate the dates for the filing of pretrial statements, pretrial
7 conference, and trial.  New dates will be set, as appropriate, following disposition of the
8 summary judgment motion.

9 Accordingly, IT IS HEREBY ORDERED that:

10 1. Plaintiff's June 11, 2007 document titled "Opposition of Motion" shall be
11 placed in the file and disregarded;

12 2. Within thirty days of the date of this order, plaintiff shall file his opposition to
13 defendant's motion for summary judgment as set forth in this order.  Failure to file an opposition
14 will be deemed as plaintiff's non-opposition to the motion and will result in a recommendation
15 that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b); and

16 3. The scheduling order, filed on September 26, 2006, is modified as follows:  the
17 dates for the filing of pretrial statements are vacated, pretrial conference set for July 6, 2007 is
18 vacated, and trial set for September 26, 2007 before District Judge Morrison C. England, Jr. is
19 vacated.  New dates will be set, as appropriate, following disposition of the pending motion for
20 summary judgment.

21 DATED: June 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

25 DAD:4
ivan0013.oppo2
26